# BARCLAY DAMON LLP

**Charles J. Nerko**
*Partner*

March 4, 2022

**VIA CM/ECF**
The Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

      Re:    <u>Pirozzi v. Fiserv Corp.</u>
              Civil Action Number: 2:22-cv-902 (DG/AYS)

Dear Judge Shields:

      This office represents the plaintiffs in the above-referenced matter, which was recently transferred from the Central District of California and set down for an initial conference with the Court on March 14, 2022. I am writing to advise the Court that counsel for the parties have agreed to allow plaintiffs to file an amended complaint on or before March 25, 2022. Accordingly, on consent of all parties, we respectfully request that the Court adjourn the initial conference presently scheduled for March 14 to a date convenient for the Court following the filing of plaintiffs' amended complaint.

      There have been no prior requests for an adjournment of the initial conference. Thank you.

      Respectfully submitted,

      Charles J. Nerko

cc:      Counsel of Record (via CM/ECF)