**Charles J. Nerko**
*Partner*

March 21, 2022

**VIA CM/ECF**
The Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 830
Central Islip, New York 11722

      Re:    Pirozzi v. Fiserv Corp.
                 Civil Action Number: 2:22-cv-902 (DG/AYS)

Dear Judge Shields:

     We represent plaintiffs in the above-referenced matter. We write, with the consent of defendants, to advise the Court that counsel for the parties have agreed to extend plaintiffs' deadline to file an amended complaint from March 25, 2022 to April 1, 2022.

                                            Respectfully submitted,

                                            */s/ Charles Nerko*

                                            Charles J. Nerko

cc:    Counsel of Record (via CM/ECF)