UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALESSANDRO PIROZZI; PIROZZI ENTERPRISES, LLC, dba SALERNO; CHEF ALESSANDRO PIROZZI, INC., dba ALESSA, | Case No. 2:22-cv-00902-DG-AYS |
| Plaintiffs, | |
| v. | |
| FISERV CORPORATION; CARDCONNECT; and DOES 1 through 25, | |

### **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiffs voluntarily submit the dismissal of this action solely with respect to defendants referenced as "DOES 1 through 25," and "FISERV CORPORATION," without prejudice, and with each party to bear their own fees and costs.

BARCLAY DAMON LLP

By: */s/ Charles J. Nerko*
    Charles J. Nerko
    Benjamin Wilkinson (*pro hac vice* to be filed)
    Sarah A. O'Brien
1270 Avenue of the Americas, Suite 501
New York, NY 10020
212.784.5800
cnerko@barclaydamon.com
bwilkinson@barclaydamon.com
sobrien@barclaydamon.com

Of Counsel:

Majid Foroozandeh (*pro hac vice* to be filed)
LAW OFFICES OF FOROOZANDEH, APC
23461 South Pointe Drive, Suite 385
Laguna Hills, CA 92653
949.336.8505
majidf@foroozandeh-law.com

*Attorneys for Plaintiffs*
*Alessandro Pirozzi, Pirozzi Enterprises, LLC dba Salerno, and Chef Alessandro Pirozzi, Inc. dba Alessa*