July 14, 2022

**VIA ECF**

Magistrate Judge Steven I. Locke
United States Magistrate Judge for the EDNY
100 Federal Plaza
Central Islip, New York 11722
Courtroom 820

    Re: *Pirozzi et al v. CardConnect, LLC et al*
       No. 2:22-cv-00902-DG-AYS

### PARTIES' JOINT STATUS LETTER

  Please accept this correspondence as the Joint Status Letter submitted by Plaintiffs Chef Alessandro Pirozzi, Inc. and Pirozzi Enterprises, LLC ("Plaintiffs") and Defendants CardConnect, LLC and Fiserv, Inc. ("Defendants") (collectively, the "Parties") pursuant to Magistrate Judge Anne Y. Shield's Order dated May 31, 2022.

  The Parties propose the following discovery deadlines, which are consistent with the Joint Discovery Plan Worksheet submitted by the Parties on May 27, 2022:

- Depositions/all fact discovery to be completed by **April 26, 2023**;
- Expert discovery / expert depositions to be completed by **July 26, 2023** (the Parties intend to engage expert(s) but believe it is premature to designate the specific matters as to which the expert(s) will testify)

              Respectfully submitted,

| | |
|---|---|
| BARCLAY DAMON LLP | POLSINELLI |
| */s/ Charles J. Nerko* | */s/ John W. Peterson* |
| Charles J. Nerko | John W. Peterson |
| Benjamin Wilkinson | Cate Green |
| Sarah A. O'Brien | 401 Commerce Street, Suite 900 |
| 1270 Avenue of the Americas, Suite 501 | Nashville, TN 37219 |
| New York, NY 10020 | 615.259.1510 |
| 212.784.5800 | john.peterson@polsinelli.com |
| cnerko@barclaydamon.com | |

Of Counsel:

Majid Foroozandeh (pro hac vice to be filed)
LAW OFFICES OF FOROOZANDEH, APC
23461 South Pointe Drive, Suite 385

83660440.5

Laguna Hills, CA 92653
949.336.8505
majidf@foroozandeh-law.com

Attorneys for Plaintiffs
Chef Alessandro Pirozzi, Inc. and
Pirozzi Enterprises, LLC