| UNITED STATES DISTRICT COURT | CIVIL CONFERENCE |
| EASTERN DISTRICT OF NEW YORK | MINUTE ORDER |

| BEFORE: STEVEN I. LOCKE | DATE: 7/25/22 |
|---|---|
| U.S. MAGISTRATE JUDGE | TIME: 12:00 pm |

CASE: **CV 22-0902 (DG) Pirozzi et al v. Fiserv Corporation et al**

TYPE OF CONFERENCE: STATUS

APPEARANCES:
    For Plaintiff:  Charles Nerko and Ben Wilkerson

    For Defendant: John Peterson and Kate Green

**THE FOLLOWING RULINGS WERE MADE:**

☐  Scheduling Order entered.

☐  The court has adopted and So Ordered the joint proposed scheduling order [   ] submitted by the parties.

☐  The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒  Other: Status conference held. DE [18], is denied without prejudice consistent with the conversation on the record. DE [27], the request for a pre-motion conference, is granted.

Defendants' motion to dismiss will be briefed as follows:

Moving papers served on August 5, 2022; opposition served on September 9, 2022; reply papers served on September 16, 2022.

All papers filed by movant on September 19, 2022.

                                                SO ORDERED

                                                /s/Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge