UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHEF ALESSANDRO PIROZZI, INC. and PIROZZI ENTERPRISES, LLC, *Plaintiffs,* vs. CARDCONNECT, LLC and FISERV, INC., *Defendants.* | Case No. 2:22-cv-00902-DG-AYS<br><br>**NOTICE OF VOLUNTARY DISMISSAL <u>WITH PREJUDICE</u>** |

Plaintiffs CHEF ALESSANDRO PIROZZI, INC. and PIROZZI ENTERPRISES, LLC, by their attorneys, Cox Padmore Skolnick & Shakarchy LLP, hereby voluntarily dismiss the above-referenced action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: December 11, 2023

COX PADMORE SKOLNIK & SHAKARCHY LLP

By: _____
    Ralph N. Gaboury, Esq.

630 Third Avenue, 23rd Floor
New York, New York 10017
Phone: (212) 953-6633
Fax:    (212) 949-6943
E-Mail: gaboury@cpsslaw.com

*Attorneys for Plaintiffs*